UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES W. RAMSEY, JR.,                    )
                                           )
            Petitioner,                    )
                                           )
      v.                                   )        Civil Action No. 13-1003 (PLF)
                                           )
UNITED STATES PAROLE COMMISSION,           )
                                           )
            Respondent.                    )
_____)

## ORDER

For the reasons set forth in a separate Opinion issued this same day, it is hereby

ORDERED that Petitioner's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is DENIED; it is

FURTHER ORDERED that the Clerk of the Court shall amend the judgment of conviction of December 17, 2004 to reflect the fact that Mr. Ramsey was convicted of an offense involving powder cocaine, not cocaine base or crack; and it is

FURTHER ORDERED that this case is dismissed with prejudice from the docket of this Court. This is a final appealable order. See FED. R. APP. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 4, 2015